1  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
2  Jacob A. Gillick, Esq. 312336
   jgillick@morrislawfirmapc.com
3  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone: (619) 826-8060
5  Facsimile: (619) 826-8065

6  Attorneys for Defendant Zeeto, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZEETO, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 21CV1646 L BLM<br><br>**JOINT MOTION TO CONTINUE ENE AND RELATED DATS** |

The parties, through their respective attorneys of record, jointly move the Court for an order continuing the Early Neutral Evaluation currently scheduled for December 8, 2021. The parties hereby make this application on the following grounds:

1. On October 28, 2021, the Court sent the Early Neutral Evaluation in this matter for December 8, 2021. [Dkt. 6.]

2. Lead Counsel for Defenant, Christopher S. Morris is unavailable on December 8, 2021, due to a trial scheduled in Los Angeles Superior Court.

3. The parties hereby jointly request that the Court continue the date of the Early Neutral Evaluation to a date after the December 8, 2021, on next available date that is convenient to the Court.

    a. Counsel for Defendant is not available December 6-17, 2021; January 6-7, 2022; January 25, 2022; and January 28, 2022.

4. The parties further agree and request a continuance of the dates identified in the Notice and Order for Early Neutral Evaluation Conference and Case Management Conference as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to Meet and Confer Pursuant to Federal Rule of Evidence 26(f) | November 17, 2021 | December 17, 2021 |
| Deadline to Submit Joint Discovery Plan | November 29, 2021 | December 29, 2021 |
| Deadline to Submit ENE Statements | November 29, 2021 | December 29, 2021 |
| Early Neutral Evaluation | December 8, 2021 | January 12, 2022, or a Date Convenient to Court |

///
///
///

5. The parties agree that briefly continuing the Early Neutral Evaluation would not prejudice the parties.

**MORRIS LAW FIRM, APC**

Dated: November 5, 2021

*s/ Jacob A. Gillick* _____
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendant Zeeto, LLC

**LOZEAU DRURY LLP**

Dated: November 5, 2021

*s/ Michael R. Lozeau* _____
Michael R. Lozeau, Esq.
michael@lozeaudury.com
Attorneys for Plaintiff Edwin Williams