UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>Defendant. | Case No.: 21CV1646-L(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE ENE AND RELATED DATES**<br><br>**[ECF NO. 7]** |

The above-entitled matter was initiated on September 20, 2021 when Plaintiff filed a class action complaint alleging violations of the Telephone Consumer Protection Act. ECF No. 1. Defendant answered Plaintiff's complaint on October 27, 2021. ECF No. 5.

On October 28, 2021, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference. ECF No. 6. The Court scheduled the conferences for December 8, 2021. Id.

On November 5, 2021, the parties filed a Joint Motion to Continue ENE and Related Dates. ECF No. 7. The parties seek to continue the conferences to another date that is convenient to the Court but not December 6-17, 2021; January 6-7, 2022; January 25, 2022; or January 28, 2022. Id. at 2. In support, the parties state that "[l]ead Counsel for Defenant [sic], Christopher S. Morris is unavailable on December 8, 2021, due to a trial scheduled in Los Angeles Superior Court and that "Counsel for Defendant is not available December 6-17, 2021; January 6-7, 2022; January 25, 2022; and January 28, 2022." Id.

1

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. The ENE and CMC scheduled for December 8, 2021 is hereby **CONTINUED** to <u>**December 20, 2021**</u> at <u>**1:30 p.m.**</u> before the Honorable Barbara L. Major, United States Magistrate Judge.

2. Each participant should plan to <u>join the Zoom video conference at least five minutes before the start of the ENE</u> to ensure that the ENE begins promptly at **1:30 p.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3. No later than <u>**December 10, 2021**</u>, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached.

4. On or before <u>**December 10, 2021**</u>, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major.

5. In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must (1) meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than <u>**November 29, 2021**</u>, (2) file a Joint Discovery Plan on the CM/ECF system no later than <u>**December 10, 2021**</u>, and (3) exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than <u>**December 13, 2021**</u>.

6. All other guidelines and requirements remain as previously set. <u>See</u> ECF No. 6.

**IT IS SO ORDERED**.

Dated: 11/5/2021

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The parties must not append attachments or exhibits to the ENE statement.