# UNITED STATES DISTRICT COURT

for the

Southern District of California ▼

| | | |
|---|---|---|
| EDWIN WILLIAMS, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-01646-L-BLM |
| ZEETO, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Edwin Williams and the alleged class                                                                                       .

Date:      11/17/2021

/s/ Rory K. Pendergast
*Attorney's signature*

Rory K. Pendergast, #266765
*Printed name and bar number*

The Pendergast Law Firm, PC
3019 Polk Avenue
San Diego, CA 92104
*Address*

Rory@rorylaw.com
*E-mail address*

(619) 344-8699
*Telephone number*

(619) 344-8701
*FAX number*