# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>Defendant. | Case No.: 21CV1646-L(BLM)<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

Due to a conflict on the Court's calendar, the Early Neutral Evaluation ("ENE") and Case Management Conference originally scheduled for December 20, 2021 at 1:30 p.m. is hereby **RESET** to **December 20, 2021** at **2:30 p.m.**

All other guidelines and requirements remain in effect. See ECF No. 6.

**IT IS SO ORDERED**.

Dated: 12/13/2021

Hon. Barbara L. Major
United States Magistrate Judge