UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>Defendant. | Case No.: 21CV1646-L(BLM)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the Mandatory Settlement Conference ("MSC") originally scheduled for April 12, 2022 at 9:30 a.m. is hereby **RESET** to **April 18, 2022** at **9:30 a.m.**

All other guidelines and requirements remain in effect. See ECF No. 16.

**IT IS SO ORDERED**.

Dated: 3/31/2022

Hon. Barbara L. Major
United States Magistrate Judge