Rory Pendergast
**The Pendergast Law Firm, PC**
3019 Polk Avenue
San Diego, CA 92104
619-344-8699
Fax: 619-344-8701
Email: Rory@rorylaw.com

Attorneys for Plaintiff Edwin Williams
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZEETO, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 21CV1646 L BLM<br><br>**PLAINTIFF'S MOTION TO EXCUSE PERSONAL APPEARANCE AT MANDATORY SETTLEMENT CONFERENCE** |

Pursuant to the Scheduling Order entered in this matter (dkt. 15), Plaintiff hereby moves to excuse his personal appearance at the upcoming Mandatory Settlement Conference ("MSC") scheduled for Monday, April 18, 2022 at 9:30AM. Good cause exists for the motion, and in support Plaintiff states as follows:

1. On March 31, 2022, the Court reset the MSC, previously scheduled for April 12, 2022, to April 18, 2022. (Dkt. 17.)

2. Plaintiff Edwin Williams will be unavailable to attend the MSC due to work obligations that he is unable to excuse. Plaintiff's work prevents him from attending a conference either via Zoom or telephonically while he is on the clock.

3. As an alternative, if the Court were to reschedule the MSC, Plaintiff

1

PLAINTIFF'S MOTION TO EXCUSE PERSONAL APPEARANCE

states that he would be available to attend a conference scheduled at 2:30PM Pacific time or later during the week, at which time he is no longer on the clock.

4. On his behalf, counsel for Plaintiff will be in attendance with full and complete settlement authority, legally and factually prepared to discuss settlement of the case.

5. Counsel for Plaintiff has conferred with counsel for Defendant on this motion and Defendant would prefer to reschedule the MSC to a time convenient for Plaintiff.

6. Plaintiff's personal absence from the MSC will not prejudice the Parties or otherwise prevent the Parties from engaging in a productive settlement conference.

Accordingly, Plaintiff asks that the Court excuse his personal appearance at the MSC scheduled for April 18, 2022, and permit his counsel to proceed on his behalf with full and complete settlement authority.

Respectfully submitted,

Dated: April 12, 2022     By:    */s/ Stephen A. Klein*

Michael Robert Lozeau
michael@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison Srtreet
Suite 150
Oakland, CA 94612
510-836-4200

Rory Pendergast
**THE PENDERGAST LAW FIRM, PC**
3019 Polk Avenue
San Diego, CA 92104
619-344-8699
Fax: 619-344-8701
Email: Rory@rorylaw.com

Stephen A. Klein (*admitted pro hac vice*)
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210

2

PLAINTIFF'S MOTION TO EXCUSE PERSONAL APPEARANCE

Telephone: (720) 907-4654
Facsimile: (303) 927-0809

Counsel for Plaintiff Edwin Williams
and the Classes

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on April 12, 2022.

/s/ Stephen A. Klein