# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>Defendant. | Case No.: 21CV1646-L(BLM)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

On December 21, 2021, the Court scheduled a Mandatory Settlement Conference ("MSC") in this matter for April 12, 2022 at 9:30 a.m. ECF No. 15. In preparation for the conference, the Court ordered the parties to submit confidential settlement statements by April 1, 2022. Id. at 5.

On March 31, 2022, the Court reset the MSC for April 18, 2022 due to a conflict on the Court's calendar. ECF No. 17. That same day, Plaintiff timely submitted his confidential settlement statement. Defendant submitted its statement on April 1, 2022.

After reviewing the parties' settlement statements, the Court finds it inappropriate to hold an MSC at this time and **RESETS** the MSC to **September 19, 2022** at **9:30 a.m.** No later than **September 9, 2022**, counsel for each party shall send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant, a telephone number where each participant may be reached, and a confidential settlement statement no more than ten (10) pages in length. All other guidelines

1

and requirements remain in effect.  <u>See</u> ECF No. 16.

**IT IS SO ORDERED**.

Dated: 4/12/2022

*Barbara␣Major*
Hon. Barbara L. Major
United States Magistrate Judge