# EXHIBIT A

Rory Pendergast
**The Pendergast Law Firm, PC**
3019 Polk Avenue
San Diego, CA 92104
619-344-8699
Fax: 619-344-8701
Email: Rory@rorylaw.com

Attorneys for Plaintiff Edwin Williams
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>**ZEETO, LLC**, a Delaware limited liability company,<br><br>                Defendant. | Case No. 21CV1646 L BLM<br><br>**DECLARATION OF STEPHEN A. KLEIN** |

I, Stephen A. Klein, declare as follows:

1. I am over the age of eighteen (18) and am one of the attorneys for the plaintiff in this matter. I make this declaration in support of Plaintiff's Motion for Extension of Time to Move for Class Certification.

2. I make the following statements based upon my own personal knowledge and based on facts learned during the litigation of this case, and I am able to testify to the matters set forth herein if called upon to do so.

3. In the Joint Discovery Plan filed by the Parties on December 10, 2021 (dkt. 12), the Parties proposed a briefing schedule for class certification, starting

with Plaintiff's Motion for Class Certification to be filed no later than November 11, 2022 (followed thereafter by Zeeto's Response and Plaintiff's Reply).

4. In the time since the Early Neutral Evaluation conference held on December 20, 2021, the parties have been pursuing discovery in this case.

5. On or about December 9, 2021, Plaintiff issued a subpoena to his cellphone carrier to obtain text records, which would be necessary to verify or refute Defendant's claim that Williams consented via text message to receive messages from Zeeto.

6. Plaintiff received records in response to his subpoena on January 4, 2022, and I reached out to Defendant's counsel via email on the same day to request the phone number or numbers used to place text messages to Plaintiff, as it would enable evaluation of Zeeto's alleged consent defense. Defendant did not respond to the email request on January 4, nor did it respond to a follow-up request on January 10, 2022.

7. On February 11, 2022, Plaintiff served his first set of written discovery requests on Defendant via email, and Defendant served objections and responses to those requests via email on March 25, 2022. Defendant's responses did not include any responsive documents or new information, and they contained no information related to the class and the considerations of Rule 23 to enable Plaintiff to meaningfully move for class certification.

8. In its responses, Zeeto objected to all of Plaintiff's discovery requests, including to the extent that they sought information pertaining to the class. Defendant objected throughout that class records sought were "beyond the scope of permissible discovery," would be an "undue burden and expense," and would require "disclosure of confidential and proprietary business records/information," "financial information," "information containing a third party's private information," and "information and documents that are proprietary and trade

secret." Resolution of the parties' disagreement on the present requests for class discovery will necessitate meet and confers and, potentially, motion practice.

9. On March 31, 2022, six days after receiving Zeeto's responses to the written discovery, Plaintiff served a dispute letter to Defendant. Given the significance of the phone number issue to Plaintiff's claims and Zeeto's consent defense, the March 31 dispute letter was limited to Defendant's objections and response to an interrogatory seeking the phone number used to send messages to Plaintiff. Plaintiff expressly reserved issues on the remaining responses, which would be addressed in full after the Mandatory Settlement Conference that was previously scheduled for April 18, 2022.

10. Counsel for the Parties conferred regarding the phone number request and dispute, and Zeeto agreed to provide a number and supplement its response by April 15, 2022. Counsel for Zeeto provided a phone number on April 7, 2022, which did not appear in Plaintiff's phone records, and Defendant provided a supplemental response on April 18, 2022, containing only the same phone number.

11. As of the filing of this motion, Plaintiff has served a dispute letter to Zeeto regarding the remaining discovery requests.

Further affiant sayeth not.

Signed under penalty of perjury in Denver, Colorado.

Dated: May 6, 2022                    By: /s/ *Stephen A. Klein*
                                           Stephen A. Klein