UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>Defendant. | Case No.: 21CV1646-L(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION**<br><br>**[ECF NO. 21]** |

On December 21, 2021, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings. ECF No. 15. In the order, the Court required Plaintiff to file his motion for class certification by May 6, 2022. Id. at 2.

On May 6, 2022, Plaintiff filed an Unopposed Motion for Extension of Time to Move for Class Certification. ECF No. 21. Plaintiff seeks to continue his deadline for filing a motion for class certification to June 6, 2022. Id. at 1. In support, Plaintiff states that the parties initially proposed November 11, 2022 for a class certification filing deadline and that the parties have engaged in discovery but "[p]ut simply, Plaintiff requests additional time to resolve Defendant's objections and to continue diligently pursuing class discovery." Id. at 3; see also ECF No. 21-1, Declaration of Stephen A. Klein. Plaintiff notes that defense counsel does not oppose this motion. Id.

Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff must file his motion for class certification on or before **June 6, 2022**. All other deadlines and requirements remain as previously set. See ECF No. 15.

**IT IS SO ORDERED**.

Dated: 5/6/2022

Hon. Barbara L. Major
United States Magistrate Judge

1

21CV1646-L(BLM)