Rory Pendergast
**The Pendergast Law Firm, PC**
3019 Polk Avenue
San Diego, CA 92104
619-344-8699
Fax: 619-344-8701
Email: Rory@rorylaw.com

Attorneys for Plaintiff Edwin Williams
(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ZEETO, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-01646-L-BLM<br><br>**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION** |

Pursuant to the Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff hereby moves for an extension of time to move for class certification, up to and including **July 6, 2022**. Good cause exists for the motion, and in support Plaintiff states as follows:

1. Plaintiff filed the instant lawsuit on September 20, 2021. (Dkt. 1.)

2. On December 10, 2021, the Parties submitted a Joint Discovery Plan, setting forth November 11, 2022, as the proposed deadline to move for class certification. (Dkt. 12.)

3. On December 20, 2021, the Parties attended an Early Neutral Evaluation ("ENE") conference before Magistrate Judge Barbara Lynn Major. (Dkt.

1

14.) Following the ENE conference, Magistrate Judge Major entered a scheduling order, setting May 6, 2022, as the deadline for Plaintiff to move for class certification.

4. Plaintiff previously sought an extension of the deadline to move for class certification to account for outstanding discovery disputes. (Dkt. 21.) The Court granted Plaintiff's motion and extended the deadline to move for class certification to June 6, 2022. (Dkt. 22.)

5. As noted in the previous motion, the parties have been pursuing discovery in this case, and Plaintiff has served a second dispute letter to resolve deficiencies in Zeeto's discovery responses. (Dkt. 21 at ¶¶ 4–10.)

6. Though the parties have not yet resolved the disputes and continue to work toward supplemental discovery, the parties are simultaneously engaged in discussion of the potential for settlement and resolution of this matter. In the interest of efficiency, the parties have prioritized settlement discussions and anticipate that doing so may obviate the need for further discovery or motion briefing.

7. Given that Plaintiff is still awaiting discovery regarding the proposed class and the factors to be considered under Rule 23, Plaintiff requests additional time for the parties to continue their settlement discussion and, in the event such discussion is unsuccessful, to resolve the objections so that Plaintiff may obtain necessary class discovery and move for class certification on a more complete factual record.

8. Counsel for Plaintiff has conferred with counsel for Defendant on this motion and Defendant does not oppose the relief sought.

9. A brief, thirty-day extension of time until July 6, 2022, would not cause prejudice to Defendant or the Court. Plaintiff previously sought an extension to the same effect to account for pending discovery disputes, and this extension is likewise not sought for dilatory reasons or any other improper purpose. Further, the

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

requested extension would not result in the continuance of any hearing, conference, or trial.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to move for class certification, up to and including July 6, 2022, and for any other relief the Court deems necessary and just.

Respectfully submitted,

Dated: June 6, 2022      By:   */s/ Stephen A. Klein*

Michael Robert Lozeau
michael@lozeaudrury.com
**LOZEAU DRURY LLP**
1939 Harrison Srtreet
Suite 150
Oakland, CA 94612
510-836-4200

Rory Pendergast
**THE PENDERGAST LAW FIRM, PC**
3019 Polk Avenue
San Diego, CA 92104
619-344-8699
Fax: 619-344-8701
Email: Rory@rorylaw.com

Stephen A. Klein (*admitted pro hac vice*)
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone:   (720) 907-4654
Facsimile:   (303) 927-0809

Counsel for Plaintiff Edwin Williams and the Classes

3

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on June 6, 2022.

/s/ Stephen A. Klein

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME