UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDWIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>ZEETO, LLC,<br><br>                            Defendant. | Case No.:   21CV1646-L(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION**<br><br>**[ECF NO. 23]** |

On December 21, 2021, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings.  ECF No. 15.  In the order, the Court required Plaintiff to file his motion for class certification by May 6, 2022.  Id. at 2.

On May 6, 2022, Plaintiff filed an Unopposed Motion for Extension of Time to Move for Class Certification.  ECF No. 21.  That same day, the Court issued an order granting Plaintiff's unopposed motion and ordered Plaintiff to file his motion for class certification by June 6, 2022. ECF No. 22.

On June 6, 2022, Plaintiff filed a Second Unopposed Motion for Extension of Time to Move for Class Certification.  ECF No. 23.  Plaintiff seeks to continue his deadline for filing a motion for class certification to July 6, 2022.  Id. at 1.  In support, Plaintiff states that the parties (1) initially proposed November 11, 2022 for a class certification filing deadline, (2) have unresolved discovery disputes, and (3) are engaged in settlement discussions which they have prioritized

over other issues.  Id. at 2.  Plaintiff notes that the discovery he is awaiting addresses the Rule 23 factors and that defense counsel does not oppose this motion.  Id.

Good cause appearing, Plaintiff's motion is **GRANTED**.  Plaintiff must file his motion for class certification on or before **July 6, 2022**.  All other deadlines and requirements remain as previously set.  See ECF No. 15.  The Court warns the parties that no further extensions of the class certification motion filing deadline will be granted.

**IT IS SO ORDERED**.

Dated:  6/7/2022

Hon. Barbara L. Major
United States Magistrate Judge

21CV1646-L(BLM)