# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| EDWIN WILLIAMS, individually and on behalf of all others similarly situated, | Case No.: 21CV1646-L(BLM) |
|---|---|
| Plaintiff, | **ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| ZEETO, LLC, | |
| Defendant. | |

Due to a conflict on the Court's calendar, the Mandatory Settlement Conference ("MSC") scheduled for September 19, 2022 at 9:30 a.m. is hereby **RESET** to **September 28, 2022** at **9:30 a.m.** No later than **September 16, 2022**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. No later than **September 16, 2022**, the parties must submit directly to Magistrate Judge Major's chambers via email at **efile_Major@casd.uscourts.gov** confidential settlement statements no more than ten (10) pages in length.

All other deadlines, guidelines and requirements remain as previously set. See ECF Nos. 15-16, 24.

**IT IS SO ORDERED**.

Dated: 6/28/2022

Hon. Barbara L. Major
United States Magistrate Judge