Michael Robert Lozeau
LOZEAU DRURY LLP
1939 Harrison Srtreet
Suite 150
Oakland, CA 94612
510-836-4200
Email: michael@lozeaudrury.com

[Additional counsel appearing on signature page]

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**ZEETO, LLC**, a Delaware limited liability company,<br>　　　　　　　　Defendant. | Case No.  3:21-cv-01646-L-BLM<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff Edwin Williams ("Plaintiff" or "Williams") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

　　　1.　　Plaintiff and Defendant Zeeto, LLC ("Defendant" or "Zeeto") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff.

　　　2.　　The Parties are presently working to finalize the settlement and believe a Stipulation of Dismissal will be filed within fourteen (14) days.

Plaintiff respectfully requests that all deadlines, hearings, and proceedings in the above-captioned case be stayed to permit the finalization of the settlement agreement.

Respectfully submitted,

**EDWIN WILLIAMS**, individually and on behalf of class of similarly situated individuals

Dated: July 6, 2022

By: /s/ Stephen A. Klein

Stephen Klein
sklein@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff Edwin Williams*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via email on July 6, 2022.

/s/ Stephen A. Klein