| | |
|---|---|
| 1 | Michael Robert Lozeau |
| 2 | LOZEAU DRURY LLP |
| | 1939 Harrison Srtreet |
| 3 | Suite 150 |
| | Oakland, CA 94612 |
| 4 | 510-836-4200 |
| | Email: michael@lozeaudrury.com |
| 5 | [Additional counsel appearing on signature page] |
| 6 | Attorneys for Plaintiff and the Classes |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWIN WILLIAMS,** individually and on behalf of all others similarly situated, | Case No. 3:21-cv-01646-L-BLM |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| **ZEETO, LLC**, a Delaware limited liability company, | |
| Defendant. | |

Pursuant to the Court's Order and Fed. R. Civ. P. 41(a), Plaintiff Edwin Williams ("Williams" or "Plaintiff") and Defendant Zeeto, LLC ("Defendant" or "Zeeto"), by and through their respective counsel, hereby stipulate to and jointly move for voluntary dismissal with prejudice of all claims brought by Plaintiff in the above-captioned case, with each side bearing its own costs and fees. The Parties have reached a settlement in this matter resolving the entire action as to Plaintiff's claims, and none of the rights of any putative class members other than Plaintiff have been released or are otherwise affected by the requested dismissal. Accordingly, the Parties respectfully request that the Court issue an order dismissing this action.

Respectfully,

Dated: July 13, 2022          By: /s/ *Stephen A. Klein*

Stephen Klein
sklein@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff Edwin Williams*

Dated: July 13, 2022          By: /s/ *Jacob A. Gillick*

Jacob A. Gillick, Esq.
PHG LAW GROUP
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

*Counsel for Defendant Zeeto, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via email on July 13, 2022.

/s/ *Stephen A. Klein*

STIPULATION OF DISMISSAL
- 2 -