UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDWIN WILLIAMS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZEETO, LLC, a Delaware limited liability company,

    Defendant.

Case No. 3:21-cv-01646-L-BLM

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Based on the parties' joint dismissal motion, this action is **dismissed with prejudice** as to Plaintiff's claims and **without prejudice** as to the potential claims of any other putative class member. Fed. R. Civ. P. 23, 41.

**IT IS SO ORDERED.**

Dated: July 14, 2022

_____
Hon. M. James Lorenz
United States District Judge